IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

**KATHLEEN M. CONLON,**
**PLAINTIFF,**

v.

**HILDA L. BABER**
**STEPHEN W. WRIGHT,**
 **LEE BMH CORP. d/b/a The Daily Progress,**            Civil Action: 5:23-cv-0040-EKD
**KEEN COMMUNICATIONS, LLC,**
**THE ROWAN & LITTLEFIELD PUBLISHING GROUP, INC.,**
**MENASHA RIDGE PRESS, INC.,**
**SHENANDOAH NATIONAL PARK ASSOCIATION,**
**THE MOUNTAINEERS,**
 **POTOMAC APPALACHIAN TRAIL CLUB, and**
**NATIONAL PARK SERVICE,**

**Defendants.**

### PLAINTIFF KATHLEEN M. CONLON'S MOTION TO DISMISS DEFENDANT SHENANDOAH NATIONAL PARK ASSOCIATION

Plaintiff Kathleen M. Conlon, by counsel, hereby moves for entry of an order dismissing Defendant Shenandoah National Park Association with prejudice, and states in support of it's motion:

1. Plaintiff Kathleen M. Conlon and Defendant Shenandoah National Park Association have agreed to resolve the dispute between the parties and have executed a settlement agreement.

2. Plaintiff Kathleen M. Conlon and Defendant Shenandoah National Park Association agree that the Court should dismiss all claims against Defendant Shenandoah National Park Association with prejudice.

3. Undersigned counsel has conferred with Defendant Shenandoah National Park Association's Counsel, who consents to this dismissal.

4. A proposed consent order granting this motion is attached.

WHEREFORE, for the foregoing reasons, Plaintiff Kathleen M. Conlon respectfully requests that the Court grant its motion and enter the proposed Consent Order attached hereto.

                Kathleen M. Conlon,
                By Counsel,

                By: /s/ Timothy M. Purnell

Timothy M. Purnell, Esq (VSB #40870)
Purnell, McKennett, & Menke, P.C.
9214 Center Street, STE 101
Manassas, Virginia 20110
tpurnell@manassaslawyers.com
Phone: 703-368-9196
Fax:   703-361-0092

## CERTIFICATE OF SERVICE

This hereby certifies that on this 29th day of August 2023, a true copy of the forgoing was electronically filed with the Clerk of Court using the CM/ECH system and a copy was sent via the CM/ECF system to all attorneys of record.

                /s/ Timothy M. Purnell