IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| KATHLEEN M. CONLON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 5:23-cv-00040 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| HILDA L. BABER, et al., | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

**FINAL ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby ORDERED:

1. The United States' motion to dismiss for lack of subject matter jurisdiction (Dkt. No. 53) is GRANTED, and Counts I and II are DISMISSED WITHOUT PREJUDICE; and

2. Because the court declines to exercise supplemental jurisdiction over Kathleen Conlon's claims against Hilda Baber, Stephen Wright, Lee BHM Corp., Keen Communications, LLC, The Rowman & Littlefield Publishing Group, Inc., Menasha Ridge Press, Inc., The Mountaineers, and the Potomac Appalachian Trail Club, those claims are DISMISSED WITHOUT PREJUDICE.

The clerk is directed to strike this matter from the active docket of the court and provide a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: January 22, 2024.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge